IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-10063 |
| | ) | |
| JIMMY WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 35 MOTION

Now comes the United States of America by Jan Paul Miller, United States Attorney, and K. Tate Chambers, Supervisory Assistant United States Attorney, for the Central District of Illinois, and pursuant to Federal Rule of Criminal Procedure 35 hereby moves to reduce defendant's sentence in the above-styled case.

          Respectfully submitted,

          UNITED STATES OF AMERICA

          JAN PAUL MILLER
          UNITED STATES ATTORNEY


           s/: K. Tate Chambers
          K. TATE CHAMBERS
          Assistant United States Attorney
          One Technology Plaza, Suite 400
          211 Fulton Street
          Peoria, Illinois 61602
          Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I electronically filed the foregoing Rule 35 Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below-named party.

>William K. Holman
>Attorney at Law
>124 NE Madison
>Peoria, IL 61602
>
>United States Probation
>100 NE Monroe
>Peoria, IL 61602

>s/:  Kim Ritthaler
>KIM RITTHALER
>Legal Secretary