E-FILED
Wednesday, 21 June, 2006   10:59:44 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 03-10063 |
| **Jimmy Earl Williams** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of FCI Pekin at Pekin, IL**

  **WE COMMAND** that you produce the body of **Jimmy Earl Williams**, Register No. **13181-026**, who is in your custody at FCI Pekin before the United States District Court on **8/24/06 at 11:00 AM CST** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 6/21/06

                JOHN M. WATERS, CLERK
                UNITED STATES DISTRICT COURT

                BY: s/ T. Kelch
                   Deputy Clerk