E-FILED
Thursday, 10 August, 2006  08:59:29 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 03-10063** |
| **Jimmy Earl Williams** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** FCI Pekin at Pekin, IL.

**WE COMMAND** that you produce the body of **Jimmy Earl Williams**, Register No. **13181-026**, who is in your custody at FCI Pekin before the United States District Court on **Friday, 10/27/06 at 11:00 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  August 10, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: s/ T. Kelch
Deputy Clerk