E-FILED
Wednesday, 20 September, 2006 10:53:22 AM
 Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA<br>  Plaintiff | ) <br> ) <br> ) | WRIT OF HABEAS CORPUS <br> AD TESTIFICANDUM |
| vs | ) <br> ) | CASE NO. 03-10063-01 |
| Jimmy Earl Williams<br>  Defendant | ) <br> ) | |

**TO:  THE WARDEN of** FCI Beaumont at Beaumont, TX.

**WE COMMAND** that you produce the body of **Jimmy Earl Williams**, Register No. **13181-026**, who is in your custody at FCI Beaumont before the United States District Court on **Thursday**, **12/7/06 at 2:00 PM CST** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  9/20/06

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/ T. Kelch_____
       Deputy Clerk