E-FILED
Friday, 05 October, 2007 04:10:00 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 03-10063-01 |
| **Jimmy Earl Williams** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** FCI Beaumont at Beaumont, Texas.

**WE COMMAND** that you produce the body of **Jimmy Earl Williams**, Register No. **13181-026**, who is in your custody at FCI Beaumont before the United States District Court on **Thursday, 10/18/07 at 3:30 PM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 10/5/07

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/ T. Kelch_____
    Deputy Clerk