E-FILED
Monday, 10 March, 2008 02:39:51 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 10 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: 03-10063    Date 2/5/08

To whom it may Concern:

Hello, my name is Jimmy Earl Williams #13181-026. I am being held at F.C.C Beaumont, Texas. I'm serving a time sentence of 175 months for a Possesion with intent to distribute crack cocaine. I would like to have my case reviewed under the new United States Crack laws that have been retroactive. May I have an Court appointed public defender to look over my case please. My case number is 03-10063. I thank you and appreciate your help in this matter.

Thank-you!

Jimmy Williams