FILED

APR 3 0 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 30 April, 2008 11:54:05 AM
Clerk, U.S. District Court, ILCD

03-10063

My name is Jimmy Earl Williams, case number 1:03-cr-10063 Doc number 109. I am writing to ask the court for an extension. Due to the fact that I just made it to F.C.I Oxford on April 7, 2008. From March 20, 2008 I was in transit going through the process of transfer from F.C.I Beaumont. The paperwork enclosed of the motion to withdraw from the Federal Public Defenders office was sent to me while in Oklahoma City. I would please like for the court to grant me an extension, so I could have the proper time to prepare or inquire about why my Public Defender filed this motion to withdraw.

Thank-you!

Jimmy E. Williams

Case: 1:03-cr-10063

Jimmy Earl Williams 13181-026
OKLAHOMA CITY
FEDERAL TRANSFER CENTER
Inmate Mail/Parcels
P.O. BOX 898801
OKLAHOMA CITY, OK 73189

---

1:03-cr-10063-MMM-JAG   # 115    Page 2 of 3

# Multi-Action Order

1:03-cr-10063-MMM-JAG USA v. Williams **CASE CLOSED on 06/27/2005**

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 3/27/2008 at 3:17 PM CDT and filed on 3/27/2008

**Case Name:** USA v. Williams
**Case Number:** 1:03-cr-10063
**Filer:**
**Document Number:** 109

**Docket Text:**
**ORDER Entered by Judge Michael M. Mihm on 3/27/08 granting [108] Motion to Withdraw as Attorney as to Jimmy Earl Williams. Federal Public Defender Jonathan Hawley terminated. Dft is allowed to pursue this matter pro se. Dft shall file with this Court no later that April 23, 2008 (Misc. ddl 4/23/2008) a pleading that either (a) concedes that the Amendment does not apply because his/her sentence was to the applicable Career Offender guideline, or (b) explains why the Amendment applies in spite of the sentence to the Career Offender guideline. (cc: Dft). (TK, ilcd)**

1:03-cr-10063-1 Notice has been electronically mailed to:

K Tate Chambers    tate.chambers@usdoj.gov, jessica.stowe@usdoj.gov, kimberly.ritthaler@usdoj.gov

Maribeth Egert Dura    maribeth_dura@hotmail.com

Jonathan E Hawley    jonathan_hawley@fd.org, mary_ardis@fd.org

Bradley W Murphy    brad.murphy@usdoj.gov, jessica.stowe@usdoj.gov, kimberly.ritthaler@usdoj.gov, margo.l.scamp@usdoj.gov

**1:03-cr-10063-1 Notice has been delivered by other means to:**